**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL KENNEDY,** *et al.*                                              **PLAINTIFFS**

**v.**                                          **4:11-CV-00897-BRW**

**ALLSTATE PROPERTY AND CASUALTY**                      **DEFENDANT**
**INSURANCE COMPANY**

## <u>ORDER</u>

Pending is the parties' Joint Motion to Dismiss Plaintiff's Claim for Bad Faith (Doc.

No. 12).  Plaintiffs' original Complaint included a claim for bad faith and punitive damages.

Plaintiffs have now recognized that there are not facts to support that claim, and ask that their

claim for bad faith and punitive damages be dismissed without prejudice.  Defendant joins in the

request.  The Motion is GRANTED.  Plaintiffs' claim for bad faith and punitive damages is

dismissed without prejudice; Plaintiffs' claims for breach of contract, 12 % penalty, pre- and

post-judgment interest, and attorney's fees remain.

IT IS SO ORDERED this 3rd day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE